[No. 12644–3–II. Division Two. August 22, 1990.]

WILLIAM KNAPP, ET AL, *Appellants*, v. KENNETH HAMMER, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap

County, No. 87–2–00049–6, Leonard W. Kruse, J., entered February 1, 1989. *Affirmed in part* and *reversed in part* by unpublished opinion per Alexander, C.J., concurred in by Petrich and Worswick, JJ.